THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. AMOS MARSHALL, Appellant.— Appeal from an order of the County Court, Queens County, denying an application in the nature of *coram nobis* to vacate a judgment of said court, rendered in May, 1938, convicting appellant of robbery in the first degree, grand larceny in the first degree, and assault in the second degree. Order affirmed. No opinion. Nolan, P. J., Carswell, Wenzel, Schmidt and Beldock, JJ., concur.

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANTONIO F. VIGORITO, Alias FRANK RUSSO, Appellant.— Defendant appeals from a judgment of the County Court, Kings County, convicting him of perjury in the first degree, and from orders of the said court denying his motions to dismiss the indictment, to inspect the Grand Jury minutes, and to set aside the verdict and for a new trial, and in arrest of judgment. Judgment and orders unanimously affirmed. No opinion. Present — Adel, Acting P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ.

■

ARRIE SELLS et al., Appellants, v. CONSTANCE CASEY et al., Respondents.— In an action by plaintiff wife to recover damages for personal injuries allegedly suffered while riding in the State of Texas as a passenger in an automobile owned by defendant Constance Casey and operated by defendant John Casey, and by plaintiff husband for medical expenses and loss of services, plaintiffs appeal from a judgment dismissing the complaint, entered upon a decision setting aside the verdict of a jury in their favor. Judgment unanimously affirmed, with costs. No opinion. Present — Nolan, P. J., Carswell, Adel, Wenzel and Schmidt, JJ.

■

JACOB S. SKLAR, Respondent, v. MARY SKLAR, Appellant.— In an action wherein a judgment of separation has been granted to defendant, order, insofar as appealed from, denying her motion to enter judgment for arrears in the payment of alimony reversed on the law and the facts, with $10 costs and disbursements, and motion granted, with $10 costs. In the light of all the circumstances it was an improvident exercise of discretion to deny the application for entry of judgment. Nolan, P. J., Carswell, MacCrate and Schmidt, JJ., concur; Adel, J., dissents and votes to affirm.

■

SAMUEL WEINBERG et al., Appellants, v. BENJAMIN H. BENNETT, Respondent.— In an action for an injunction pursuant to section 369-a of the General Business Law, order denying plaintiffs' motion for an injunction *pendente lite* affirmed, with $10 costs and disbursements. No opinion. Adel, Acting P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ., concur.